UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - HEARING**

UNITED STATES OF AMERICA
    -vs-                                                                                 CASE NO. CR-1-01-55-08
**LATESHA RICKETT**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Robert C. Brichler
DEFENSE: W. Kelly Johnson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Sue Ferrell
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier
Probation Officer Darla J. Huffman

DATE: Friday November 5, 2004
TIME: 1:30 p.m. - 2:00 p.m.

**DOCKET ENTRY:**
Case called for before J. Weber for continuation of the SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel. Defendant admits violations. Supervised Release revoked. Reasons for sentence placed on the record.

IT IS ORDERED that defendant Latesha Rickett's Supervised Release be **REVOKED** and the defendant be **COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS FOR A PERIOD OF TWELVE (12) MONTHS AND ONE DAY.**

Defendant **REMANDED** to the custody of the United States Marshal Service.

Rights of appeal explained to defendant.